ABBOTT ET AL., APPELLANTS, *v.* HAIGHT PROPERTIES, INC. ET AL., APPELLEES.

[Cite as *Abbott v. Haight Properties, Inc.* (1999), 87 Ohio St.3d 8.]

(No. 99–920—Submitted September 15, 1999—Decided October 13, 1999.)

*Steven L. Crossmock,* for appellants.

The judgment of the court of appeals is reversed, and the cause is remanded to the court of appeals for further proceedings on the authority of *Denham v. New Carlisle* (1999), 86 Ohio St.3d 594, 716 N.E.2d 184.

MOYER, C.J., DOUGLAS, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

RESNICK, J., not participating.